# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-3878
_____

FERNANDO CANTRES, JR.,

Appellant,

v.

MARK S. INCH, Secretary,
Florida Department of
Corrections,

Appellee.

_____


On appeal from the Circuit Court for Bradford County.
Stanley H. Griffis, III, Judge.

August 14, 2019


PER CURIAM.

AFFIRMED.

MAKAR, OSTERHAUS, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Fernando Cantres, Jr., pro se, Appellant.

Ashley Moody, Attorney General, Leslie A. Healer, Assistant Attorney General, and Kenneth S. Steely, General Counsel for Department of Corrections, Tallahassee, for Appellee.